# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

**FILED**

FEB 19 2015

Phil Lombardi, Clerk
U.S. DISTRICT COURT

DAVID Joseph Teays
_____
Plaintiff

vs.

Tulsa County sheriff Dept ETAL
Armor correctional Health Inc ETAL
Stanley Glanz
Kathy Loher
_____
Defendant(s)

Case Number:
(To be supplied by Court Clerk)

**15 CV - 88 JED - TLW**

| | |
|---|---|
| Current Location (including Address) of Confinement: DAVID L. Moss Criminal Justice CTR. Tulsa co Jail 300 North Denver Tulsa OK 74103 | Prisoner Number: 1134837 |

## CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

**A.  Parties**

1) DAVID Joseph Teays is a citizen of OKlAHomA who presently resides at
(Plaintiff)            (State)

300 North Denver, Tulsa OklaHomA
(Mailing address or place of confinement)

2) Defendant STANley Glanz is a citizen of Tulsa, OklAHomA.
(Name of first defendant)        (City, State)

and is employed as sheriff of Tulsa co. sheriff DePT.
(Position and title, if any)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? ☒ Yes ☐ No

If your answer is yes, briefly explain: He is The sheriff He is in charge
of Tulsa co. Jail.

3) Defendant KATh Loher is a citizen of Tulsa OklaHomA.
(Name of second defendant)        (City, State)

and is employed as HeALTh cARe Service AminaStrator/Armor correction HeaTHIne
(Position and title, if any)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? ☒ Yes ☐ No

____ Mail      __ No Cert Svc    ____ No Orig Sign
____ C/J        C/Ret'd          __ No Env
__ No Cprs    No Env/Cprs    ___ 0/J      PR-01 (07/08)

If your answer is yes, briefly explain: She is incharge of ARmor corrections Nealth Services at Tulsa co Jail,

*[You may attach one additional page (8 ½" x 11") to furnish the above information for additional defendants.]*

**B.  Jurisdiction**

1)  Jurisdiction is asserted pursuant to: (Check one)

☒ 42 U.S.C. §1983 (applies to state prisoners)

☐ Bivens *v Six Unknown Named Agents of Fed. Bureau of Narcotics*
403 U.S. 388 (1971) and 28 U.S.C. §1331 (applies to fed. prisoners)

2)  Jurisdiction also is invoked pursuant to 28 U.S.C. §1343(a)(3).  (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

_____

_____

**C.  Nature of Case**

1)  Briefly state the background of your case. I was Dianosed severe spinal cord Injuries Tulsa co Jail/Armor correction Nealth, Delay/Deny medical Treatment causing Perminate DAMAGE To my spinal cord.

**D.  Cause of Action**

1)  I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: *[If necessary, you may attach up to two additional pages (8½" x 11") to explain any allegation or to list additional supporting facts.]*

a)      (1) Count I: my Rights To medical Treatment.

_____

(2) Supporting Facts:  (Include all facts you consider important, including names of persons involved, places and dates.  Describe exactly how each defendant is involved.  State the facts clearly in your own words without citing legal authority or argument.)

On Aug 11.2014 Tulsa co Jail ETAL/Armor corrections Nealth Services ETAL, was Informed By St John Hospital, The Hospital Reported To Defendants The following
CON't

b)      (1) Count II: my Constitutional Rights To NOT Be Subjected To cruel AND unusal Punishment

EXTRA PAGE 1

PART D CAUSE of ACTion

(A) (2) SuPPorTing facTs; ConT: C-3 C-4 C-6 C-7
Nerve Root compression, C-6 C-7 FracTure To
Previous Fusion, also A Broken TiTANium Screw
AT C-7 CAusing The fusion To Become unsTABle,
Also a Severe spinal cord InPingment
(Severe Bruse) AT C-3 C-4 The medicAl
STAff AND Kathy Loher DeliberTly DisReguarded
The recomendaTions of ST Johns E.R. Doctor
The reporT of the Above findings from A
MRI Done AT The Request of The medicAl
STAff AT TulsA coJAIL on 8-10-14 AfTer
The E.R. Doctor consulTed with a Neuro Surgen
InsTructing The DefendanTs To Send The PlainTiff
To A NeuroSurgen with in 5 DAYS Due To the
Severity of His INJury The Defendants Delayed
This By 6 weeks cAusing more PermenanT InJury.
(B) (2) SuPPorTing facTs; (ConT) Rendering The PlainTiff
INcAPAble of conTrolling His Body functions As The
PlainTiff DefecATed on himself The Defendants
Knowingly AND DeliberTly DisReguarded The
PlainTiff's GroTesque STATE AND Forced Him
To marinate in His own excrimATe for a
ExTended Amount of Time confinded To
A cell, He HAD No WAy of cleaning up
unTil The Defendants ALLowed Him To
Do So.

EXTRA PAGE 2

PART D  CAUSE OF ACTION

(C) (2) SUPPORTING FACTS (cont) While chained AT The ANKLES, AND Black Boxed with A Belly chain The Defendants Knowingly, Deliberlty Forced The Plaintiff To Bend AT 90° AT The WAIST AND WALK while His Knees Are Bent AT 45° AGAinst His Surgeons orders To NOT Bend, STooP, Reach or Pick UP any thing untiL further Notice, only Being under 1 month of The reconstructive Surgery on The Plaintiffs Cervical SPine The Plaintiff STill Being off BALANCe Fell in The TRANSPorT VAN #0979 a NON-HANDICAP Accessable VAN, The Plaintiff Fell STriKing His Neck and Shoulder on His Right Side while He WAS wearing A HArd Cervical collar, The Blow The Plaintiff Took To a PosT. OP. cervical SPine, cAusing The Plaintiff To ReInture The SPine That will Require a undetermined amount of Surgery & The ReHAb that He STill HAS Being Denied.

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

ON Nov, 21 2014 A Nurse Employed By SAID Defendants Provided The Plaintiff with The medication for another Inmate, the wrong medication Rendered cont.

c) (1) Count III: Violation of the American Disability Act.

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

ON Nov, 06 2014 while Being Transported To And From Tulsa co. court The Plaintiff was Forced To climb into A van That is not Handicap Accessable cont.

**E.    Request for Relief**

1) I believe that I am entitled to the following relief: $65,121,134.34/ SixTy Five million, ONE hundred Twenty one Thousand, one hundred thirty Four Dollars, AND Thirty Four cents For Pain & suffering & mental Angish.

_____          _____
Original Signature of Attorney (if any)          Original Signature of Plaintiff

_____
_____
_____
Attorney's full address and telephone number

## DECLARATION UNDER PENALTY OF PERJURY

  The undersigned declares (or certifies, verifies, or states) under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained therein is true and correct.  28 U.S.C. §1746. 18 U.S.C. §1621.

Executed at   _DAVID L moss criminal Justice center, 300 N Denver ave TULSA ok 74103_   on   _Feb. 16, 2015_ .
           (Location)              (Date)

                  _David Joseph Seays_
                 (Original Signature of Plaintiff)



neopost
02/13/2015
US POSTAGE $001.82
ZIP 74127

Postmarked 2/8/15-8

RECEIVED

FEB 1 9 2015

Phil Lombardi, Clerk
U.S. DISTRICT COURT

Clerk:
UNITED STATES District court
Northern District of Oklahoma
333 West Fourth St. Rm 411
Tulsa OKla. 74103-3819

DAVID TEAYS
1134437
DLM
300 N. Denver
Tulsa Ok 74103

LEGAL MAIL